# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER ARENAS-AVILA,<br><br>Defendant. | Case No.: 21-cr-3119-JLS<br><br>**ORDER AND JUDGMENT DISMISSING THE INDICTMENT** |

Based upon the Motion to Dismiss the Indictment Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion is GRANTED, and the Indictment is dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge